UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

COMMERCIAL BAG COMPANY,            Civil No. 05-258 (RHK/FLN)

       Plaintiff,

v.                                                **ORDER OF DISMISSAL WITH PREJUDICE**

C&H PACKAGING COMPANY, INC.,
AND AMERICAN PLASTICS
COMPANY, INC.,

       Defendants.

Based on the Stipulation (Doc. No. 21), **IT IS HEREBY ORDERED**, pursuant to the parties' settlement agreement, but not pursuant to actual litigation of any of the issues raised by the Plaintiff's Complaint or the Defendants' Answer thereto, that the above-captioned action is **DISMISSED WITH PREJDUICE** and without costs, disbursements or attorneys' fees to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 6, 2005

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge